JS-6

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRUM BRANDS, INC., | Case No. 2:21-cv-05922-PA-PLAx |
| Plaintiff, | **STIPULATED ORDER ENTERING PERMANENT INJUNCTION AND FINAL JUDGMENT** |
| v. | |
| VIVO DISTRIBUTORS, INC., VLADISLAV PAVOLOTSKIY, and DOES 1-10, | |
| Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

The Court, having read and considered the stipulation of the parties and the record in this case, it is **ORDERED** that the stipulation is **GRANTED** and judgment is entered as set forth below.

**THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff on all claims asserted in the complaint in this action and that Defendants' conduct constitutes trademark and service mark infringement (15 U.S.C. §§ 1114(1) and 1125(a)), false designation of origin (15 U.S.C. § 1125(a)), and unfair competition under California State Law.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, pursuant to 15 U.S.C. § 1114(1), Plaintiffs are awarded $450,000 in damages, and that Defendants are jointly and severally liable for these damages.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that permanent injunctive relief is warranted and is thus entered as follows:

Defendants and their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them, are immediately restrained and enjoined from:

    a. Using the Spectrum Trademarks[1] or any similar mark in selling, offering to sell, distributing, or advertising any product, except as specifically authorized by the fair use doctrine;

    b. Selling, offering to sell, distributing, or advertising any Spectrum product, including but not limited to products bearing one or more of the Spectrum Trademarks, except as specifically authorized by the fair use doctrine;

    c. Operating owning, being in association with, or using any website containing any reference to the Spectrum trademarks or to Spectrum products, including on amazon.com;

---

[1] The "Spectrum Trademarks" shall mean the BALDWIN and KWIKSET marks, including those marks that are the subject of U.S. Registration Nos. 1,301,180; 1,577,779; 535,340; 518,394; 1,357,600; and 4,596,770.

d.  Assisting, aiding, or abetting any other person or business in engaging in or performing any of the prohibited activities set forth in this injunction.


**IT IS SO ORDERED.**

DATED: October 11, 2021

Percy Anderson
United States District Judge

2